# NOTICE OF REMOVAL EXHIBIT 1 INDEX

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ESTATE OF WILLIAM ROLLS, JR. and JACKIE CORMIER, <br><br> Plaintiffs, <br><br> vs. <br><br> ELITE SPECIALTY WELDING, LLC, ELITE INDUSTRIAL SERVICES, INC. & PACKAGING CORP. OF AMERICA, INC., <br><br> Defendants. | Case No. _____ |

## INDEX OF DOCUMENTS FILED

## NOTICE OF REMOVAL

1. Exhibit 1- Index
2. Exhibit 2- All process served in the case
3. Exhibit 3- All pleadings asserting cause of action in state court proceeding
4. Exhibit 4- State Court docket sheet
5. Exhibit 5- List of all Counsel of Record